IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOSE RIVERA GARCIA, ) <br> a/k/a Johnny a/k/a Bladimir Riascos ) <br> Arbodela, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) | CIVIL ACTION NO. 15-0141-CG <br><br> CRIMINAL NO. 04-00147-CG-N |

## ORDER

After due and proper consideration of the issues raised, and a de novo determination of those portions of the recommendation to which objection is made, the Report and Recommendation (Doc. 105) of the Magistrate Judge dated August 26, 2015, and made under 28 U.S.C. § 636(b)(1)(B)-(C), Rule 8(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts, and S.D. Ala. GenLR 72(a)(2)(R), is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner Garcia's March 3, 2015 motion (Doc. 100) is **DISMISSED without prejudice** for lack of jurisdiction to the extent it is a § 2255 motion challenging his underlying conviction and sentence in the above-styled criminal action, that it is otherwise **DENIED**, and that Garcia is not entitled either to a certificate of appealability or to proceed in forma pauperis on

appeal.[1]

       **DONE and ORDERED** this 21st day of September, 2015.

                                        /s/  Callie V. S. Granade
                                        UNITED STATES DISTRICT JUDGE

---

[1] Garcia's "Motion Letter for Disposition" (Doc. 102) is **DENIED as moot**. His request for disqualification of the undersigned under 28 U.S.C. § 455 embedded in the March 3, 2015 motion is **DENIED**.